IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS TROUBLE MAHER,

Plaintiff,

v.

CIVIL ACTION NO.: CV612-097

WAYNE JOHNSON; JOHNNY DAVIS; EARL TOPPINS; KELLY MARTIN; DR. TOMMY JONES; and RICHARD BUNCH,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's First Amendment right to exercise his religion claim, his access to the courts claim, his legal mail claim, and any other claims not stemming from events occurring on July 12, 2012, are **DISMISSED** without prejudice. Plaintiff's conspiracy claims and due process claims against all Defendants are **DISMISSED**. Defendants Wayne Johnson and Kelly Martin are **DISMISSED** as named Defendants.

**SO ORDERED**, this ___ day of _____, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)