UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THOMAS TROUBLE MAHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)    6:12-cv-97<br>JOHNNY DAVIS; EARLY TOPPINS; )<br>DR. TOMMY JONES; and RICHARD )<br>BUNCH, )<br>)<br>Defendants. )<br>)<br>) | |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with Magistrate Judge's Report and Recommendation, to which an objection has been filed. The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The 29 day of August, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA