UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THOMAS TROUBLE MAHER, | ) |
| Plaintiff, | ) |
| v. | ) 6:12-cv-97 |
| JOHNNY DAVIS; EARLY TOPPINS; DR. TOMMY JONES; and RICHARD BUNCH, | ) |
| Defendants. | ) |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with Magistrate Judge's Report and Recommendation, to which an objection has been filed. The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The 29 day of August, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA